IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **KENNETH RAY HARRISON,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. |
|     **v.** ) | 2:14cv1251-MHT |
| ) | (WO) |
| **CORIZON MEDICAL SERVICES,** ) | |
| ) | |
|     **Defendant.** ) | |

**OPINION**

**Pursuant to 42 U.S.C. § 1983, plaintiff, a former state inmate, filed this lawsuit complaining about the defendant medical provider's failure to provide surgery for his heart condition. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.**

An appropriate judgment will be entered.

DONE, this the 26th day of May 2015.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**