IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH RAY HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1251-MHT |
| | ) | (WO) |
| CORIZON MEDICAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

(2) The defendant's motion to dismiss (doc. no. 6) is granted.

(3) This lawsuit is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of May 2015.

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**